Kamala D. Harris, State Bar No. 146672
Attorney General of California
Monica N. Anderson, State Bar No. 182970
Supervising Deputy Attorney General
Aseil Mohmoud, State Bar No. 300132
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-3304
 Fax: (916) 324-5205
 E-mail: Aseil.Mohmoud@doj.ca.gov
*Attorneys for Defendant J. Wright*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALLEN HAMMLER,**<br><br>Plaintiff,<br><br>v.<br><br>**J. WRIGHT,**<br><br>Defendant. | 2:15-cv-1645-EFB P<br><br>**[PROPOSED] ORDER** |

Good cause appearing, Defendant's motion to modify the scheduling order to reset the deadline to conduct discovery and the deadline to file dispositive motions is GRANTED. The deadlines to conduct discovery and to file dispositive motions will be set by the Court after the pending Motion for Summary Judgment and Motion to Amend the Complaint have been ruled on.

Dated: February 22, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SA2015302348
32392833.doc

[Proposed] Order (2:15-cv-1645-EFB P)