UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLEN HAMMLER,<br><br>        Plaintiff,<br><br>    v.<br><br>J. WRIGHT,<br><br>        Defendant. | No. 2:15-cv-01645-TLN-EFB<br><br>**ORDER** |

      This matter is before the Court pursuant to Plaintiff Allen Hammler's ("Plaintiff") "Motion for Order [28 U.S.C. § 1615(a)]" and "Ex Parte Motion for Order to Facilitate Filings of Motions In Limine and Other Motions." (ECF Nos. 157, 158.) Plaintiff's motions concern his ability to adequately prepare for trial which is set to commence on January 13, 2020. (*See* ECF No. 134.) In the first motion, Plaintiff seeks access to a telephone, stating that he needs access to a phone in order to acquire the pens and legal pads he wishes to use at trial. (ECF No. 157.) In the second motion, Plaintiff seeks assistance in accessing copies in preparation for trial and submitting motions in accordance with the Court's Final Pretrial Order. (ECF No. 158.) Defendant J. Wright ("Defendant") has opposed these motions. (ECF Nos. 160, 161.) Construed as requests for preliminary injunctive relief and/or relief under the All Writs Act, Plaintiff's motions are DENIED for the reasons discussed herein.

///

1

1    Injunctive relief is "an extraordinary remedy that may only be awarded upon a clear
2    showing that the plaintiff is entitled to such relief." *Winter v. Nat. Res. Def. Council, Inc.*, 555
3    U.S. 7, 22 (2008) (citing *Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997) (per curiam)). "A
4    plaintiff seeking a preliminary injunction must establish [1] that he is likely to succeed on the
5    merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that
6    the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Id.* at
7    20. A plaintiff must "make a showing on all four prongs" of the *Winter* test to obtain a
8    preliminary injunction. *Alliance for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1135 (9th Cir.
9    2011).

10    Under the All Writs Act, federal courts have the authority to issue "all writs necessary or
11   appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of
12   law." 28 U.S.C. 1651(a).

13    Plaintiff's motions do not meet either of these standards. This case proceeds to trial on
14   Plaintiff's excessive force claim against Defendant, not on any claim regarding access to adequate
15   legal supplies. (*See* ECF No. 106; *see also* ECF No. 158 at 3–4 (Plaintiff complains in his
16   supporting declaration of actions by non-parties and issues pertaining to "matters unrelated to this
17   instant case. . .").) Thus, Plaintiff's motions necessarily fail to demonstrate either a likelihood of
18   success on the merits or a serious question on the merits. *Winter*, 555 U.S. at 20. Further,
19   Plaintiff's motions fail to demonstrate that the requested court intervention is "necessary" for the
20   proper administration of justice. 28 U.S.C. 1651(a). To the contrary, the very fact that Plaintiff
21   subsequently submitted multiple pretrial filings demonstrates he has sufficient access to pens and
22   paper and the ability to file motions. (*See, e.g.*, ECF Nos. 171–172 (reply briefings), 175–176 (*in
23   limine* motions), 177 (proposed voir dire), 184 (objections to trial exhibits).) Indeed, despite his
24   complaint about lacking access to copies, Plaintiff's motion makes clear that he has such access.
25   (*See* ECF No. 158 at 3 (". . . to obtain copies of documents I must give them to c/o Ramos to be
26   taken to the library where the librarian porter makes the copies . . .").) Thus, Plaintiff fails to
27   demonstrate he requires or is entitled to the extraordinary relief he seeks.
28   ///

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions (ECF Nos. 157, 158), construed as requests for preliminary injunctive relief and/or relief under the All Writs Act, are DENIED.

IT IS SO ORDERED.

Dated: January 8, 2020

Troy L. Nunley
United States District Judge